## Smith v. The State.

APPEAL from DeKalb Circuit Court.
Tried before the Hon. J. A. BILBRO.

DAVIS & HARALSON, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Jake Smith, was indicted and tried for murder in the second degree, and convicted of murder in the second degree, and sentenced to the penitentiary for ten years.

The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.

## Ashford v. The State.

APPEAL from Butler Circuit Court.
Tried before the Hon. J. C. RICHARDSON.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, William Ashford, was indicted, tried and convicted of grand larceny, and sentenced to imprisonment for two years.

The judgment is affirmed.

Opinion by HARALSON, J.